# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EFRAIN MACIAS-MONDRAGON,<br><br>Defendant | Case No. 19-CR-1922-DMS<br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Efrain Macias-Mondragon without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: June 27, 2019

Hon. Dana M. Sabraw
United States District Judge